UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FIRST FINANCIAL SERVICES, LLC, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> HARTFORD CASUALTY INSURANCE COMPANY, et al., <br><br> Defendants. | Case No: C 18-01643 SBA <br><br> **CONDITIONAL DISMISSAL ORDER** |

Having received notice of the settlement of this action, see Dkt. 25, and it appearing that no issue remains for the Court's determination,

IT IS HEREBY ORDERED THAT this action and all claims asserted herein are DISMISSED with prejudice. All scheduled dates are VACATED. In the event that the settlement is not realized, any party may move to reopen the case and trial will be reset, provided that such motion is filed within sixty (60) days of the date this order is filed.

IT IS SO ORDERED.

Dated: 09/7/2018

SAUNDRA BROWN ARMSTRONG
Senior United States District Judge